# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0818

VERSUS

TRAVIS LANDRY

**NOVEMBER 18, 2024**

In Re:      Travis Landry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04736.

**BEFORE:      THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to quash filed with the district court on or about June 24, 2024, and any other portions of the district court record that might support the claims raised in the writ application. Furthermore, the records of the East Baton Rouge Parish Clerk of Court's Office do not reflect a motion to quash was filed in this matter on or about June 24, 2024. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT